**NEW HAMPSHIRE BALL BEAR-INGS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES and United States Customs and Border Protection, Defendants–Appellees,**

and

**United States International Trade Commission, Defendant–Appellee,**

and

**The Timken Company and MPB Corporation, Defendants–Appellees.**

**No. 2012–1246.**

United States Court of Appeals, Federal Circuit.

June 12, 2014.

Frank Morgan, Ting–Ting Kao, Walter J. Spak, Esq., White & Case LLP, Washington, DC, for Plaintiff–Appellant.

Jessica R. Toplin, Esq., Trial Attorney, Department of Justice, Washington, DC, for Defendants–Appellees, United States and United States Customs and Border Protection.

Patrick Vincent Gallagher, Jr., Attorney Advisor, James M. Lyons, Esq., Neal J. Reynolds, Esq., Assistant General Counsel, International Trade Commission, Office of the General Counsel, Washington, DC, for Defendant–Appellee, United States International Trade Commission.

Terence Patrick Stewart, Geert M. De Prest, Patrick John McDonough, Stewart & Stewart, Washington, DC, for Defendants–Appellees, The Timken Company and MPB Corporation.

Before NEWMAN, RADER, and CHEN, Circuit Judges.

ORDER

NEWMAN, Circuit Judge.

The Timken Company and MPB Corporation, and the United States and United States Customs and Border Protection, separately move without opposition for summary affirmance of the judgment of the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each party shall bear its own costs.